UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

RICARDO MONTES,

        Petitioner               07 Civ. 9869 (AKH)

    -against-

UNITED STATES OF AMERICA,

        Respondent
_____

    United States of America

       -against-               NOTICE OF APPEARANCE

    RICARDO MONTES,

                             04 Cr. 242 (AKH)

       Defendant

_____

To: James M. Parkinson, Clerk

Sir: You are hereby notified that I appear for the petitioner/defendant indicated above in the entitled action.

    I am appearing in this action as CJA counsel.

    I was admitted to practice in this Court in March, 1970.

Dated: New York, New York

    January 11, 2008

                                         _____/s/_____

                                         Martin R. Stolar
                                         351 Broadway

New York, NY 10013
212-219-1919