UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RICARDO MONTES,

        Petitioner

    -against-

UNITED STATES OF AMERICA,

        Respondent.
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

RICARDO MONTES,

        Defendant.
-------------------------------------------------------------- x

**ORDER**

07 Civ. 9869 (AKH)

04 Cr. 242 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Following my April 2, 2008 Order Amending Order Denying Petition, defense counsel submitted a letter requesting that I reconsider my ruling. Defense counsel fails to raise any issue not previously considered. Therefore, I decline to reconsider my April 2, 2008 ruling.

    The Clerk shall mark this case closed.

    SO ORDERED.

Dated:    May 2, 2008
             New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge